**STATE of Missouri, Respondent,**

v.

**Joseph Nicholas BECK, Jr., Appellant.**

**No. WD 36414.**

Missouri Court of Appeals,
Western District.

Aug. 20, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Oct. 1, 1985.

Application to Transfer Denied Nov. 21, 1985.

Mark V. Clark, Columbia, for appellant.

William L. Webster, Atty. Gen., Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SHANGLER, P.J., and TURNAGE and BERREY, JJ.

ORDER

PER CURIAM:

Appellant appeals his conviction by jury of possession of a weapon about the premises of a correctional institution and of assault in the second degree.

Judgment affirmed. Rule 30.25(b).